IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ALICIA A. SEVELAND (FISHER) §
§
VS. § CIVIL ACTION NO. 4:09-CV-470-Y
§
MICHAEL J. ASTRUE §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 19, 2010, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court reverse and remand the decision of the commissioner of the Social Security Administration denying plaintiff Alicia Seveland's claims for disability-insurance benefits and supplemental-security-income benefits under Titles II and XVI of the Social Security Act. All parties had until November 9, 2010, to file written objections to the magistrate's findings. Neither party filed objections.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is REVERSED and REMANDED for further administrative proceedings consistent with the findings.

SIGNED December 15, 2010.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE